

**MINUTE ENTRY**
**LEMELLE, J.**
**MARCH 23, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES H. MURUNGI | CIVIL ACTION |
| VERSUS | NO. 00-0387 |
| THEODORE PUDHOROSKY, ET AL | SECTION "B" (2) |

Plaintiff, appearing pro se, has filed two pleadings entitled "Motion and Order for Default Judgment" and "Notice of Motion for Entry of Default Judgment," with proposed orders, alleging that defendants have been served and have failed to answer. Having reviewed the record and the law, the motions are **DENIED** for the following reasons.

Plaintiff has not sought entry of default under Fed. R. Civ. Pr. 55(a) prior to seeking this default judgment. Plaintiff has failed to comply with the requirements of Fed. R. Civ. Pr. 55(a) or (b)(2), including the filing of an affidavit of defendants' competency.

DATE OF ENTRY

MAR 2 4 2000

In addition, plaintiff has failed to file an affidavit of compliance with Louisiana's long-arm service statute, La. Rev. St. Ann. §13:3201, regarding service of the non-resident defendants, nor has such an affidavit been filed of record for at least thirty days as required under La. Rev. Stat. Ann. §13:3205. Accordingly,

**IT IS ORDERED** that plaintiff's motion for default judgment and notice of entry of default judgment are **DENIED**.

                                          _____
                                                    IVAN L.R. LEMELLE
                                          UNITED STATES DISTRICT JUDGE