# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED APR 1 ? 2000
LORETTA G. WHYTE
CLERK

**JAMES H.MURUNGI**

        Plaintiff        MOTION FOR ENTRY OF DEFAULT
                                      JUDGEMENT:

Vs

                                      CASE NUMBER: 00-0387

**THEODORE PUDHOROSKY**
**KERRY GRANT**                     SECTION B MAG2
**DAVID ROBBINS**
**THOMAS WISNIESKI**
**DELORES ANZALONE**

        Defendants

The Plaintiff JAMES H.MURUNGI [MURUNGI] pursuant to Federal Rules

of Civil Procedure [55] of the Local Rules of Civil Procedure of the United

States District Court for the Eastern District of Louisiana: respectfully submits

the Affidavit to the Court for Entry of Motion for Default Judgement for the Relief sought in the

complaint against defendants: Pudhorosky, Grant, Robbins, Wisnieski and

Anzalone on the grounds that the defendants have failed and or ignored to

serve upon the plaintiff answer to the complaint duly served upon the defendants.

The defendants acknowledged receipt of the complaint served upon them via

a certified mail with return receipt requested on February 11, 2000 and

DATE OF ENTRY
APR 1 4 2000



February 14, 2000 but have failed to answer as required by these rules.

**WHEREFORE, plaintiff [Murungi] respectfully requests an Order for Entry of Default Judgement, against the defendants.**

Dated April 12, 2000

James H. Murungi

Pro Se

6032 Chateau Loire Circle
Mandeville, LA 70448
(504) 624-8225
(504) 624-8165

before me

12th April 2000

My Commission is issued for life.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

JAMES H. MURUNGI

Plaintiff

Vs                                    ORDER FOR ENTRY OF

                                      MOTION OF DEFAULT

THEODORE PUDHOROSKY                   JUDGEMENT:

KERRY GRANT                           CASE NUMBER: 00-0387

                                      SECTION B MAG2

DAVID ROBBINS

THOMAS WISNIESKI

DELORES ANZALONE

Defendants

It is hereby Ordered the motion above is ~~Granted.~~ DENIED. Plaintiff's affidavit of service under Louisiana's Long-Arm Statute has not been filed of record for 30 days as required under La. Rev. Stat. Ann. §13:3205. The Clerk is ORDERED to file the attached affidavit with the certified mail receipts attached thereto into the record. Plaintiff can re-urge his motion after the expiration of 30 days from entry of that affidavit.

~~CLERK:~~                April 13, 2000        _____
                          Date:                 United States District Judge