

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES H. MURUNGI** | *MOTION* ~~ORDER~~ **FOR DEFAULT JUDGEMENT:** |
| Plaintiff | |
| Vs | |
| **THEODORE PUDHOROSKY** | **CASE NUMBER: 00-0387** |
| **KERRY GRANT** | **SECTION B MAG 2** |
| **DAVID ROBBINS** | |
| **THOMAS WISNIESKI** | |
| **DELORES ANZALONE** | |
| Defendants | |

**PLEASE TAKE NOTICE** that pursuant to Local Rules of Civil Procedure [55]

Affidavit of JAMES H. MURUNGI sworn to on April 12, 2000, the

Plaintiff [Murungi] will move this Court for Order pursuant to Federal Rules

of Civil Procedure [55] for default judgement as a matter of Law on the grounds that:

The Federal Rules of Civil Procedure [55] provides that default

Judgement shall be rendered forthwith when a party against whom a judgement for

relief is sought has failed to plead or otherwise defend as provided by these rules,

to answer complaint served upon within [20] days of service excluding the day

DATE OF ENTRY
APR 1 4 2000



of service.

Th defendants Pudhorosky, Grant, Robbins, Wisnieski and Anzalone acknowledged receipt of the plaintiff's complaint served upon them on them on February 11, 2000 and February 14, 2000 but have failed and or ignored to serve upon the plaintiff answer to the complaint.

**WHEREFORE, Plaintiff [Murungi] requests an Order granting Default Judgement, costs and such other and further relief as the Court deems just, proper and equitable.**

Dated April 12, 2000

James H. Murungi

Pro Se

6032 Chateau Loire Circle
Mandeville, LA 70448

(504) 624-8225
( 504) 624-8165

Sworn to and subscribed before me
this 12th day of April 2000

My Commission is issued for life

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES H. MURUNGI

    Plaintiff

                               AFFIDAVIT OF THE
                               DEFENDANTS COMPETENCY

Vs

THEODORE PUDHOROSKY

KERRY GRANT                         CASE NUMBER: 00-0387

                                                  SECTION B MAG2

DAVID ROBBINS

THOMAS WISNIESKI

DELORES ANZALONE
    Defendants

The Plaintiff [Murungi] pursuant to Fed. R. Civ. Proc. [55] (b) (2), hereby certify
That the defendants: Pudhorosky, Grant, Robbins, Wisnieski and Anzalone are
Adults of majority age and that these defendants are competent individuals holding
Management positions. This information is true based upon my personal knowledge
and other information which I believe to be true.

Date April 12, 2000                         JAMES H. MURUNGI
                                                        Pro Se
                        Before me       6032 Chateau Loire Circle
                12th  April 2000    Mandeville, LA 70448

Commission is issued for life.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

JAMES H. MURUNGI

    Plaintiff

ORDER FOR DEFAULT JUDGEMENT:

Vs

CASE NUMBER: 00-0387

THEODORE PUDHOROSKY
KERRY GRANT
DAVID ROBBINS
THOMAS WISNIESKI
DELORES ANZALONE

SECTION B MAG 2

    Defendants

The default judgement is so ~~ORDERED~~ *denied* for the reasons previously assigned on March 23, 2000 and by separate order on April 13, 2000.

_____   April 13, 2000   _____
CLERK:                    Date: United States District Judge