

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JAMES H. MURUNGI | * | CIVIL ACTION |
| | * | NUMBER: 00-0387 B(2) |
| versus | * | JUDGE LEMELLE |
| THEODORE PUDHOROSKY, ET AL | * | MAGISTRATE WILKINSON |

* * *

## MOTION FOR EXTENSION OF TIME
## TO ANSWER OR OTHERWISE PLEAD

**NOW INTO COURT** come defendants, Theodore Pudhorosky, Kerry Grant, David Robbins, Thomas Wisnieski, and Delores Anzalone, through the undersigned Assistant United States Attorney, who respectfully move this Honorable Court for an extension of time of twenty (20) days, pursuant to Rule 7.9E of the Uniform District Court Rules, within which to answer or otherwise plead to Plaintiff's Complaint.

No previous extensions of time have been requested by Defendants, nor has the opposing party filed into the record an objection to an extension of time as to the said Defendants.

DATE OF ENTRY
APR 2 5 2000

Furthermore, the undersigned respectfully notes that the filing of this Motion in no way constitutes an appearance, and none of the defenses available to Defendants are hereby waived by the filing of this pleading.

**WHEREFORE**, Defendants, respectfully requests that an extension of twenty (20) days be granted for filing their responsive pleadings.

Respectfully submitted,

EDDIE J. JORDAN, JR.
UNITED STATES ATTORNEY


SANDRA E. GUTIERREZ
Assistant United States Attorney
LA Bar Roll No. 17888
Hale Boggs Federal Building
501 Magazine Street, 2nd Floor
New Orleans, Louisiana 70130
Telephone: (504) 680-3124

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been forwarded to all counsel of record in this proceeding by placing the same in the United States Mail, properly addressed and postage prepaid, this 19th day of April, 2000.

                                                  SANDRA E. GUTIERREZ
                                                  Assistant United States Attorney

**James H. Murungi**, plaintiff, *pro se*
6032 Chateau Loire Circle
Mandeville, LA  70448

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JAMES H. MURUNGI** | * | **CIVIL ACTION** |
| | * | **NUMBER: 00-0387 B(2)** |
| versus | | |
| | * | **JUDGE LEMELLE** |
| **THEODORE PUDHOROSKY, ET AL** | * | **MAGISTRATE WILKINSON** |

\* \* \*

## O R D E R

Considering the foregoing Motion for Extension of Time to Answer or Otherwise Plead,

**IT IS HEREBY ORDERED** that Theodore Pudhorosky, Kerry Grant, David Robbins, Thomas Wisnieski, and Delores Anzalone, defendants herein, be and are **GRANTED** an extension of time ~~of twenty (20) days~~ to May 9, 2000 in which to file their responsive pleadings.

**SIGNED IN CHAMBERS**, New Orleans, Louisiana, this 24th day of April 2000.

_____
**UNITED STATES DISTRICT JUDGE**