

MINUTE ENTRY
LEMELLE, J.
9 JUNE 2000


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


There **WILL** be oral argument on **JUNE 21, 2000** at **9:00 A.M.** in the following cases:

94-0204    **Boyd, et al v. Foti**
           -Motion for attorney fees and costs (193)


99-3623    **Texaco, et al v. Amclyde Engineered**
c/w        -McDermott's motion for partial summary judgment (45)
99-3646
00-0813
00-1232


There will **NOT** be oral argument on  **JUNE 21, 2000** in the following cases:

98-0057    **Marquart v. Intelnet**
           -Marquart's motion for reconsideration of orders (304)

98-1001    **SEC, et al v. Skansi**
           -Motion for new trial (71)

98-3165    **Reimann v. Noble Drilling Corp.**
           -Diversified's motion for summary judgment
            and  to dismiss (75)
           -Stone's motion for summary judgment (76)
           -Noble's motion for summary judgment on plaintiff's
           claims pursuant to 33:905(b) (83)
           -Reimann's motion to strike witness & exhibit (88)



DATE OF ENTRY
JUN 1 2 2000



___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc.No.

99-0311   **Clay v. British**
          -Atlantia's motion for summary judgment (32)
          -British Borneo's motion for summary judgment (36)

99-1003   **Marubeni v. M/V Pakrac**
          -Finagrain's motion to dismiss 3rd party complaint (18)

99-1225   **Bisso v. Trinity Marine**
          -Motion for review of Magistrate Judge's R & R (102)

99-2519   **Brown v. Falcon Drilling**
          -Falcon's motion for summary judgment (14)

99-2829   **ACORN v. Bacile**
          -Shelter's motion for summary judgment (12)

00-0387   **Murungi v. Pudhorosky**
          -Anzalone's motion to dismiss (10)


UNITED STATES DISTRICT JUDGE