

```
                    FILED
              U.S. DISTRICT COURT
              EASTERN DISTRICT OF LA

              2000 JUL 19 PM 3:33

              LORETTA G. WHYTE
                   CLERK
```

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES H. MURUNGI** | CIVIL ACTION |
| **VERSUS** | NO. 00-387 |
| **THEODORE PUDHOROSKY, ET AL.** | SECTION "B"(2) |

### FINAL JUDGMENT

On July 17, 2000, the Court granted defendants' Motion to Dismiss. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment, consistent with the Motion to Dismiss, dismissing plaintiff's complaint with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 19th day of July, 2000.

_____
IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 2 0 2000